UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
v.                              )
                                )        Case no. 4:26-mj-04166-DHH
PHAM, et al,                     )
                                )
            Defendant.           )

### ASSENTED-TO MOTION FOR LEAVE TO TRAVEL

Defendant Fong Yang (11) by and through undersigned counsel, hereby moves this Court for an order temporarily modifying his conditions of pretrial release to permit him to travel out of resident state to Louisiana, from **May 31, 2026, through June 7, 2026**, to allow him to participate in a regional union apprentice competition in New Orleans, LA.   The pipe trades apprentice contest brings together top apprentices in pipefitting, welding, and HVAC from across the region to compete in hand-on and written challenges.  The competition is an honor to be asked to compete in because it recognizes superior trade skills, and would be beneficial to Mr. Yang's career if he does well.

The defendant has conferenced this matter with the government.  In addition, the defendant has spoken to his local probation officer about the trip and has provided details about his travel. The government assents to the temporary modification of Mr. Yang's conditions of release.

Respectfully submitted,

*/s/ Alyssa Hackett*
Alyssa Hackett, *she/her* 676880
Peachy Hackett & Sunderland, LLP
88 Broad Street, Suite 101
Boston, MA 02110, 617-302-8466
ahackett@phsllp.com

2

**<u>CERTIFICATE OF SERVICE</u>**

  I, Alyssa Hackett, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) May 27, 2026.       /s/ *Alyssa Hackett*
                    Alyssa Hackett